IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA, JASPER DIVISION

| | |
|---|---|
| BRENDA WILSON, an individual, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | 6:10-cv-00917-PWG |
| ) | |
| BRYANT LAFAYETTE & ASSOCIATES, ) | |
| LLC, a corporation, ANTHONY DALLS, an ) | |
| individual, et al. ) | |
| ) | |

## MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, and hereby applies have an entry of default noted by the clerk against the Defendants pursuant to *Federal Rule of Civil Procedure* 55(b). In support of said motion the Plaintiff shows as follows:

1. A Complaint in this matter was filed on April 12, 2010.

2. A copy of the Summons and Complaint were issued by certified mail to Defendant Bryant Lafayettee & Associates, LLC and to Defendant Anthony Dalls.

3. The Summons to Defendant Bryant Lafayette & Associates, LLC was returned executed on April 12, 2010.

4. The The Summons to Defendant Anthony Dalls was also returned executed on April 12, 2010.

5. An Answer was due from both Defendants on or before May 3, 2010.

6. No Answer has been filed by either Defendant to date.

7. No response has ever been received from either Defendant.

WHEREFORE, the Plaintiff respectfully applies for the clerk's entry of a default against both Defendants.

1

2

/s/ Leah Fuller Wolford
Leah Fuller Wolford
Attorney for Plaintiff

**OF COUNSEL:**
Fuller Law Firm, LLC
P.O. Box 101883
Birmingham, AL 35210
Tel. (205) 834-8913
Fax (205) 834-8924
lfuller@fullerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made using the Pacer electronic system as well as via regular U.S. Mail on this the 9th day of February, 2012.

BRYANT LAFAYETTE & ASSOCIATES
Attn: Aaron Siegel
448 Franklin Street
Buffalo, NY 14224

ANTHONY DALLS
c/o Bryant Lafayette & Associates
448 Franklin Street
Buffalo, NY 14224